

# United States District Court
# Eastern District of California

| APPLIED QUANTA LLC | Case Number: | 2:26-cv-00364-DC-CKD |
|---|---|---|

Plaintiff(s)

V.

GREG ZAITSEV, et al.

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Molly A. Arranz _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Applied Quanta LLC

On _____11/06/2003_____ (date), I was admitted to practice and presently in good standing in the

_____Supreme Court of Illinois_____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: _____07/08/2026_____     Signature of Applicant: /s/ __Molly A. Arranz_____

**Pro Hac Vice Attorney**

Applicant's Name: Molly A. Arranz

Law Firm Name: Amundsen Davis LLC

Address: 150 North Michigan Ave

Suite 3300

City: Chicago    State: IL    Zip: 60601

Phone Number w/Area Code: (312) 894-3200

City and State of Residence: Glenview, Illinois

Primary E-mail Address: Marranz@amundsendavislaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Garner K. Weng

Law Firm Name: HANSON BRIDGETT LLP

Address: 425 Market Street

26th Floor

City: San Francisco    State: CA    Zip: 94105

Phone Number w/Area Code: (415) 777-3200    Bar # 191462

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 8, 2026

Dena Coggins
United States District Judge