# United States District Court
# Eastern District of California

Applied Quanta LLC

Plaintiff(s)

V.

Zaitsev, et al.,

Defendant(s)

Case Number: 2:26-cv-00364-DC-CKD

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Joshua S. Molder hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendants Sam Johnson, John Reed, and Greg Zaitsev

On August 6, 2024 (date), I was admitted to practice and presently in good standing in the State of New York (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
JustM2J LLC v. Brewer et al., 2:25-cv-00380-DAD-SCR (E.D. Cal. 2025)
Application dated 12/05/2025. Granted 12/09/2025

Date: 06/24/2026 Signature of Applicant: /s/ Joshua S. Molder

**Pro Hac Vice Attorney**

Applicant's Name: Joshua S. Molder

Law Firm Name: Reitler Kailas & Rosenblatt LLP

Address: 885 Third Avenue - 20th Floor

City: New York State: NY Zip: 10022

Phone Number w/Area Code: (212) 209-3079

City and State of Residence: New York, NY

Primary E-mail Address: jmolder@reitlerlaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Timothy W. Grinsell

Law Firm Name: Reitler Kailas & Rosenblatt LLP

Address: 885 Third Avenue - 20th Floor

City: New York State: NY Zip: 10022

Phone Number w/Area Code: (212) 209-3016 Bar # 308703

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 23, 2026

Dena Coggins
United States District Judge